

**KASIM REED**
MAYOR

# CITY OF ATLANTA
**DEPARTMENT OF LAW**
55 TRINITY AVENUE, S.W., SUITE 5000
ATLANTA, GEORGIA 30303-3520
(404) 546-4100 TELEPHONE
www.atlantaga.gov

**CATHY HAMPTON**
CITY ATTORNEY

# FULL, COMPLETE, AND GENERAL RELEASE

### IN THE MATTER OF:

*Shely Green v. City of Atlanta*
U.S. District Court for the Northern District of Georgia
Civil Action No.: 1:16-CV-04297ELR

### SETTLEMENT AGREEMENT AND RELEASE

In consideration for the mutual undertakings set forth below, it is agreed between the plaintiff, Shely Green ("Green"), and the defendant, City of Atlanta (the "City") as to the following:

1.

Green and the City desire to settle fully and finally all differences between them concerning any and all claims that Green has asserted or could have asserted in the above-referenced lawsuit including, but not limited to any violation of the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.*, ("Fair Labor Standards Act").

2.

This Settlement Agreement and Release shall not be construed as an admission by the City Defendant of a violation of any federal, state, or local law. The City specifically denies and disclaims that the City committed any violation of federal, state, or local law related to the allegations giving rise to this lawsuit.

3.

This Settlement Agreement and Release and the promises made by the City herein fully satisfy all claims Green has asserted or could have asserted against the City in the above-referenced lawsuit as to all damages and other relief including, but not limited to, back pay, front pay, compensatory damages, reinstatement, attorney's fees, costs, pre-judgment interest, post-judgment interest, or for any other damages and relief possibly recoverable under federal law, state law, or the City Code of Atlanta.

4.

It is understood and agreed by all parties to this Settlement Agreement and Release that the settlement of this matter shall be on a non-precedent basis and the facts involved in this settlement shall not be used or offered in evidence in any other proceeding. Green also understands and declares that no promise, inducement, or agreement, not herein expressed, has been made to her, and that this Release contains the entire agreement among the parties hereto and that the terms of this Release are contractual and not a mere recital.

5.

In consideration for the promises made herein, the City agrees to pay Green the total sum of Twenty-Nine Thousand Dollars ($29,000.00), inclusive of attorney's fees and expenses, subject to any liens or other lawful claims by third parties, to be payable to Parks, Chesin & Walbert, P.C. Green understands that Atlanta City Council has to approve the settlement in this matter. The City will use due diligence to make payment of the monies specified in this Settlement Agreement and Release within sixty (60) calendar days after Atlanta City Council approves the settlement.

6.

In consideration for the promises made above by the City, Green hereby agrees to dismiss with prejudice the above-referenced lawsuit and to release and discharge the City and its

FULL, COMPLETE, AND GENERAL RELEASE                                    *Shely Green v. City of Atlanta*

successors, officers, directors, agents, attorneys, employees, and representatives from all claims, suits, losses, or expenses arising from or in any manner connected with or related to the above-referenced lawsuit and any claims relating thereto including, but not limited to, any claim Green could have asserted under federal, state, or local law.

The undersigned executes this document voluntarily with full understanding of its terms and conditions.

**IN WITNESS WHEREOF,** the undersigned has executed this Settlement Agreement and Release on the date indicated below.

_____      10/5/2017
Shely Green                                          Date

Shely Green
_____
Print Name